No. 25-70005

# In the
# United States Court of Appeals
# for the Fifth Circuit

RICHARD VASQUEZ

*Petitioner-Appellant*

v.

ERIC GUERRERO, DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION

*Respondent-Appellee*

On Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi Division
Civil Action No. 2:23-cv-168

**PETITIONER-APPELLANT'S NOTICE OF FILING
AND ALTERNATIVE MOTION FOR LEAVE TO FILE**

Thomas M. Farrell
MCGUIREWOODS LLP
845 Texas Avenue, Suite 2400
Houston, TX 77002
(713) 353-6677
*tfarrell@mcguirewoods.com*

COUNSEL FOR PETITIONER-APPELLANT

1

Petitioner-Appellant Richard Vasquez gives notice of the filing of the Position Statement of the Nueces County District Attorney attached as Exhibit A. Alternatively, to the extent required, Vasquez seeks leave to file this Position Statement. Vasquez respectfully shows as follows:

1. This is an appeal from the District Court's dismissal, on second-gate review, of a successive habeas petition that this Court authorized Vasquez to file.

2. At oral argument on Vasquez's application for permission to file the successive petition, the Court took note of a position statement signed by the then District Attorney Mark Gonzalez supporting Vasquez's entitlement to relief.

3. In argument and briefing, the Texas Attorney General's Office downplayed the significance of that statement, suggesting that DA Gonzalez was a progressive prosecutor with a categorical opposition to the death penalty.

4. The AG's attack on the position of DA Gonzalez was unfounded, since the statement he signed was not based on any concern about Vasquez's sentence, but instead addressed Vasquez's conviction.

5. In any event, DA Gonzalez has since left office. The current DA for Nueces County is James Granberry, appointed by Governor Abbott in 2023 and elected by the people in 2024.

6. Like his predecessor, DA Granberry has serious concerns with Vasquez's conviction. On May 25, 2025, he signed and authorized the filing of the position statement attached hereto as Exhibit A.

7. Notwithstanding the contrary position of the Nueces County District Attorney's Office, clearly expressed by two different DAs from opposite ends of the political spectrum, the Texas AG's

Office continues to oppose Vasquez's request for habeas relief and to urge that his conviction and sentence be upheld.

8. This raises serious questions concerning whether the interests of the State of Texas are being appropriately advanced and articulated in this case. In a federal habeas case like this, even assuming the AG has the authority to appear as counsel, does he have the authority to make the kinds of decisions that are reserved for clients and, in so doing, to disregard the wishes of the officials who, under the Texas constitution and statutes, are vested with the authority to make prosecutorial judgments in criminal matters?

9. Vasquez reserves the right to file a motion for a show-cause order or for other appropriate relief to further address this circumstance and to obtain clarity as to who has the authority to speak in this case on behalf of the State of Texas.

10. In the meantime, regardless of how that issue is ultimately resolved, the Court should be aware of and should give due consideration to the position of the current DA for Nueces County, as expressed in Exhibit A.

11. Accordingly, Vasquez respectfully requests that the Court accept the filing of Exhibit A hereto. To the extent leave is required for its filing, Vasquez hereby requests such leave. Leave is appropriate so that the Court has the full context and understands the position of the Nueces County District Attorney's Office.

Respectfully submitted,

MCGUIREWOODS LLP

*s/ Thomas M. Farrell*
Thomas M. Farrell
State Bar No. 06839250
Texas Ave., Suite 2400
Houston, Texas 77002
(713) 353.6677
(832) 214.9933 (Fax)
tfarrell@mcguirewoods.com

ATTORNEYS FOR RICHARD VASQUEZ

## CERTIFICATE OF CONFERENCE

On June 17, 2025, I conferred by email with Gwendolyn Vindell from the Attorney General's office. She indicated that this motion is opposed.

>  *s/ Thomas M. Farrell*
>  Thomas M. Farrell

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 32(g) and Form 6 of the Federal Rules of Appellate Procedure because it has been prepared using 12-point Times New Roman font and contains 494 words.

>  *s/ Thomas M. Farrell*
>  Thomas M. Farrell

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served via ECF on the 17th day of June 2025.

                                      *s/ Thomas M. Farrell*
                                      Thomas M. Farrell

206860460v2